564

■ In the Matter of WILLIAM C. ISRAEL, Petitioner, v MARTIN SCHOENFELD et al., Respondents. [937 NYS2d 664]

Now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon,

It is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Mazzarelli, J.P., Saxe, Catterson, Acosta and Román, JJ.